SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
San Jose, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff
Stephanie LaBove

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LABOVE,<br><br>              Plaintiff,<br><br>      v.<br><br> CAPITAL ONE BANK, N.A.; et. al.,<br><br>              Defendants. | Case No.: 5:17-CV-05413-LHK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Stephanie LaBove and defendant Capital One, National Association, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties expect the settlement to be finalized within the next thirty (30) days, at which point a dismissal will be filed.

//

1
2
3  Dated:   April 10, 2018
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Sagaria Law, P.C.**

/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 2