1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Stephanie LaBove
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

| | |
|---|---|
| STEPHANIE LABOVE,<br><br>       Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE, N.A..; et. al.,<br><br>       Defendants. | Case No.: 5:17-CV-05413-LHK<br>*Assigned to the Honorable Lucy H. Koh*<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Stephanie LaBove and defendant Capital One Bank (USA), N.A. ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  May 2, 2018            **SAGARIA LAW, P.C.**

By: _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Stephanie LaBove

DATED:  May 2, 2018            **DOLL AMIR & ELEY LLP**

By: _/s/ Chelsea Diaz_
Chelsea Diaz
Attorneys for Defendant
Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

_/s/ Elliot Gale_

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

LUCY H. KOH
UNITED STATES DISTRICT JUDGE