Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Stephanie LaBove

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LABOVE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE, N.A..; et. al.,<br><br>        Defendants. | Case No.: 5:17-CV-05413-LHK<br>*Assigned to the Honorable Lucy H. Koh*<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Stephanie LaBove and defendant Capital One Bank (USA), N.A. ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  May 2, 2018                    **SAGARIA LAW, P.C.**

                                        By:  _____/s/ Elliot W. Gale_____
                                        Elliot W. Gale
                                        Attorneys for Plaintiff
                                        Stephanie LaBove

DATED:  May 2, 2018                    **DOLL AMIR & ELEY LLP**

                                        By:  _____/s/ Chelsea Diaz_____
                                        Chelsea Diaz
                                        Attorneys for Defendant
                                        Capital One Bank (USA), N.A.

    I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

*/s/ Elliot Gale*

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE, N.A.; [PROPOSED] ORDER

**[PROPOSED]** ORDER

      Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The clerk shall close the file.

      IT IS SO ORDERED.


DATED: May 2, 2018

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE, N.A.; [PROPOSED] ORDER